UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM BURRESS, | ) |
| | ) CASE NO. C11-0244-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING EXTENSION OF |
| | ) TIME OF BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff filed the parties' first stipulation[1] for extension of time (Dkt. 9), requesting a 30-day extension of the due date in which to file his Opening Brief.  The stipulation did not include due dates for defendant's Responsive Brief or plaintiff's optional Reply.  Having considered the stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the remaining briefing schedule, as follows:

    Plaintiff's Opening Brief:        June 27, 2011

    Defendant's Responsive Brief:    July 25, 2011

---

[1] Plaintiff is encouraged to file any future stipulations for extension as "Stipulated" or "Unopposed" **motions**, so that they appear on the Court's motions calendar on the date filed.  Only filing a document as a "Stipulation" does not place it on the motions calendar.

01   Plaintiff's optional Reply Brief:   August 8, 2011

02   DATED this 26th day of May, 2011.

                                         Mary Alice Theiler
                                         United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME
OF BRIEFING SCHEDULE
PAGE -2