UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM BURRESS, ) | |
| ) | CASE NO. C11-0244-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING SECOND |
| ) | STIPULATED EXTENSION OF TIME |
| MICHAEL J. ASTRUE, ) | OF BRIEFING SCHEDULE |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff filed the parties' second stipulation[1] for extension of time (Dkt. 11), requesting a 32-day extension of the due date in which to file his Opening Brief. The stipulation was filed a day late—one day after the deadline for plaintiff's opening brief – and it did not include due dates for defendant's responsive brief or plaintiff's optional Reply. In future stipulated motions for extension, plaintiff's counsel should file with the court a proposed order that lists the agreed deadlines for all outstanding briefing deadlines, not just plaintiff's opening brief.

Having considered the stipulation, and the entire docket in the case, the Court hereby

---

1 As stated in the Order granting the previous extension request, plaintiff is encouraged to file any future stipulations for extension as "Stipulated" or "Unopposed" **motions**, so that they appear on the Court's motions calendar on the date filed. Only filing a document as a "Stipulation" does not place it on the motions calendar.

01 GRANTS an extension of the briefing schedule, as follows:

02     Plaintiff's Opening Brief:     July 29, 2011

03     Defendant's Responsive Brief:     August 26, 2011

04     Plaintiff's optional Reply Brief:     September 9, 2011

05 **No further extensions will be granted for filing of the Opening Brief absent extraordinary**

06 **circumstances.**

07     DATED this <u>29th</u> day of June, 2011.

                                      Mary Alice Theiler
                                      United States Magistrate Judge